No. 996, Misc.   SEGRIFF, ADMINISTRATOR, *v.* JOHNSTON. Supreme Court of Pennsylvania.   Certiorari denied. *Edward O. Spotts* for petitioner.   *Donald W. Bebenek* for respondent.

No. 804, Misc.   JACKSON *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.   *William B. Bryant* and *William C. Gardner* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 96.   KOSSICK *v.* UNITED FRUIT Co., 365 U. S. 731;

No. 313.   SMITH *v.* BUTLER ET AL., TRUSTEES, *ante,* p. 161;

No. 553.   ARMOUR RESEARCH FOUNDATION OF ILLINOIS INSTITUTE OF TECHNOLOGY ET AL. *v.* C. K. WILLIAMS & Co., INC., ET AL., 365 U. S. 811;

No. 770.   GOSS *v.* ILLINOIS, 365 U. S. 881;

No. 804.   NAVIOS CORPORATION ET AL. *v.* NATIONAL MARITIME UNION OF AMERICA ET AL., *ante,* p. 905;

No. 398, Misc.   KIGER *v.* UNITED STATES, 365 U. S. 846; and

No. 692, Misc.   ROMANO *v.* MURPHY, WARDEN, *ante,* p. 919.   Petitions for rehearing denied.

No. 340.   INTERNATIONAL TYPOGRAPHICAL UNION, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD, 365 U. S. 705.   Petition for rehearing or to remand judgment denied.   MR. JUSTICE HARLAN and MR. JUSTICE